IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: SUBPOENA TO NON-PARTY LIFEPOINT HEALTH, INC.,<br><br>UNITED STATES OF AMERICA, *et al. ex rel.* JESSE POLANSKY M.D., M.P.H.,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE HEALTH RESOURCES, INC., *et al.*,<br><br>Defendants. | **Miscellaneous Action No.:**<br><br>**Related to 2:12-CV-04239-MMB in the United States District Court for the Eastern District of Pennsylvania** |

## MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 37(a)(3)(B), Plaintiff Relator Jesse Polansky M.D., M.P.H. ("Relator") moves for an order compelling the production of documents. On November 3, 2017, Relator served Lifepoint Health, Inc. with a subpoena requesting documents as part of Phase 1 discovery in his False Claims Act case against Defendant Executive Health Resources. On November 30, 2017, Lifepoint responded to the subpoena with various objections and after a year of meeting and conferring, ultimately refused to produce the requested documents, necessitating this Motion to Compel. Relator respectfully requests this Court to compel Lifepoint to produce the requested documents.

Relator also moves for an order compelling Lifepoint to produce documents requested in Relator's November 30, 2018 Medical Records Subpoena. On November 30, 2018, Relator served Lifepoint with two subpoenas requesting Medical Records, including UM work product (communication and reviews regarding the medical necessity of hospital status determinations).

02541372

Lifepoint produced some of the requested documents, but refused to produce UM work product, necessitating this Motion to Compel. Relator respectfully requests this Court to compel Lifepoint to produce the documents requested in the November 30, 2018 Medical Records Subpoenas. In support of this Motion, Relator incorporates the accompanying Memorandum in Support and the exhibits attached thereto.

Respectfully submitted,

Dated: July 22, 2019  By:  s/ Grace A. Fox
Samuel P. Funk
Grace A. Fox
SIMS|FUNK PLC
3322 West End Ave, Suite 200
Nashville, TN 37203
Tel: (615) 292-9335
Fax: (615) 649-8565
sfunk@simsfunk.com
gfox@simsfunk.com

*Pro Hac Vice* Motions Forthcoming:

Chad Brian Walker
John Harding
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Tel: 214-453-6500
CBWalker@winston.com
JWHarding@winston.com

Bailey K. Benedict
FISH & RICHARDSON, P.C.
1221 McKinney St., Suite 2800
Houston, TX 77010
Tel: 713-654-5300
benedict@fr.com

Counsel for Plaintiff,
Jesse Polansky M.D., M.P.H.

02541372

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served by electronic mail on July 23, 2019 to the following counsel of record:

COVINGTON & BURLING LLP
Ethan M. Posner
Christopher M. Denig
Matthew F. Dunn
Krysten Rosen Moller
One City Center
850 Tenth Street NW
Washington, DC 20001
(202) 202-662-5314
Cdenig@cov.com
Eposner@cov.com
Mdunn@cov.com
krosenmoller@cov.com

PEPPER HAMILTON LLP
Thomas M. Gallagher
Abigail A. Hazlett
Kaitlin M. Gurney
Megan L. Traversari
Michael A. Schwartz
Robin P. Sumner
3000 Two Logan Square
Philadelphia, PA 19103-2799
(215-981-4000)
Gallaghert@pepperlaw.Com
Hazletta@pepperlaw.Com
Gurneyk@pepperlaw.Com
Traversm@pepperlaw.Com
Schwartzma@pepperlaw.Com
Sumnerr@pepperlaw.Com

BASS, BERRY, & SIMS
Matthew Curley

UNITED STATES DEPARTMENT OF JUSTICE
Reneé S. Orleans
Civil Division, Fraud Section
950 Pennsylvania Ave.
Washington, DC 20530

UNITED STATES ATTORNEY'S OFFICE
Charlene Fulmer
Eric Gill
Viveca D. Parker
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8250
eric.gill@usdoj.gov
Viveca.Parker@usdoj.gov

UNITED STATES DEPARTMENT OF JUSTICE
Kelley Hauser
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3308
Kelley.Hauser@usdoj.gov

UNITED STATES DEPARTMENT OF JUSTICE
Tracy L. Hilmer
(202) 307-0474
Fax: (202) 616-3085
Department of Justice, Civil Division
P.O. Box 261
Ben Franklin Station, Washington, DC 20044
Tracy.Hilmer@usdoj.gov

02541372

Kaitlin Harvie
150 Third Avenue South
Suite 2800
Nashville, TN 37201
MCurley@bassberry.com
KHarvie@bassberry.com

By: *s/ Grace A. Fox*
    Grace A. Fox

02541372